# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 542 MAL 2023

         Respondent               :

                                 :    Petition for Allowance of Appeal

                                 :    from the Order of the Superior Court

         v.                             :

                                 :

ANDY M. PERALTA-CRUZ,             :

                                 :

         Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.